UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

L&D VENTURES, LLC,

        Plaintiff,

v.                          Case No. 8:08-cv-1128-T-33TGW

GARLIC JIM'S FRANCHISE
INTERNATIONAL, INC., *et al.*,

        Defendants.

_____/

GARLIC JIM'S FRANCHISE
INTERNATIONAL, INC.,

        Plaintiff,

v.                          Case No. 8:08-cv-2429-T-33EAJ

L&D VENTURES LLC, *et al.*,

        Defendants.

_____/

## ORDER

This matter is before the Court pursuant to Notices of Bankruptcy Filing (Doc. ## 68 and 69), filed by Defendants on June 8, 2009. Defendants report that Plaintiff L&D Ventures, LLC, filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, on June 3, 2009, Chapter 7 Case Number 8:09-bk-10925-MGW. (Doc. # 68-2 at 1).

In addition, Defendants report that Third Party Defendants Carlos N. Diaz and Amelia Diaz have filed a voluntary petition for relief under Chapter 13 of the United

States Bankruptcy Code, in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division.[1]

Accordingly, pursuant to 11 U.S.C. § 362(a), it is now **ORDERED, ADJUDGED**, and **DECREED**

(1)   Pursuant to 11 U.S.C. § 362(a), these consolidated cases (Case No. 8:08-cv-1128-T-33TGW and Case No. 8:08-cv-2429-T-33EAJ) are **STAYED** and **ADMINISTRATIVELY CLOSED** until such time as the bankruptcy court lifts the stay or the stay is no longer in effect.

(2)   L&D Ventures, LLC, shall advise the Court as to the status of the bankruptcy proceedings on or before **August 1, 2009**, and every **60 DAYS** thereafter.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 10th day of June, 2009.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel and Parties of Record

---

[1]   Defendants have not provided this Court with the case number for the Diaz's bankruptcy petition.